▄▄▄ In the Matter of FORECLOSURE OF 2001 TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE 11 OF REAL PROPERTY TAX LAW BY COUNTY OF JEFFERSON, Respondent. ROBERT WEICHERT, Appellant. [830 NYS2d 924]—Appeal from a judgment of the Supreme Court, Jefferson County (Joseph D. McGuire, J.), entered September 12, 2005 in a proceeding pursuant to Real Property Tax Law article 11. The judgment granted the petition for a judgment of foreclosure.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, P.J., Hurlbutt, Gorski and Martoche, JJ.